IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIVA RIDGE RESIDENTIAL ASSOCIATION-TWO, ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> QBE INSURANCE CORPORATION ) <br><br> Defendants. ) | Case No.: 1:18-cv-02902 |

## JOINT STIPULATION TO DISMISS

Plaintiff Riva Ridge Residential Association-Two and Defendant QBE Insurance Corporation, by their respective attorneys, and for their Joint Stipulation to Dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), state as follows:

1. The parties have reached a settlement that resolved all disputes at issue in this lawsuit.

2. The parties therefore stipulate and agree to dismiss this lawsuit with prejudice. Each party will bear its own attorneys' fees and costs.

Respectfully submitted,

QBE INSURANCE CORPORATION


_____Dennis M. Dolan_____
One of Its Attorneys

Dennis M. Dolan
Patrick S. Kenney
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
(312) 781-6641 (Dolan)
(312) 781-6567 (Kenney)
Dolan@litchfieldcavo.com
Kenney@litchfieldcavo.com
Attorneys for QBE Insurance Corporation

2

                                      MERLIN LAW GROUP

                                      _____Edward Eshoo, Jr._____
                                      One of Its Attorneys

Edward Eshoo, Jr.
Christina M. Phillips
MERLIN LAW GROUP
181 West Madison, Suite 3475
Chicago, Illinois 60602
Telephone: (312) 260-0806
Facsimile: (312) 260-0808
eeshoo@merlinlawgroup.com
cphillips@merlinlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2018, I electronically filed the **Joint Stipulation to Dismiss** referred to therein with the Clerk of the Court using the CM/ECF system which will send notification of such filings to those parties of record in this case.

/s/ Dennis M. Dolan

Dennis M. Dolan (6229150)
Attorney for QBE
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
(312) 781-6641 (Dolan)
(312) 781-6630 Facsimile
dolan@litchfieldcavo.com